# EXHIBIT A

# STATE COURT COMPLAINT

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075.

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 11/1/2013 7:58:10 PM ****

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF <u>SEVENTEENTH</u>  THE  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Gregory Georgas</u>
Plaintiff

vs.

<u>Blackberry Corporation</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000

- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☒ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

III.  **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

IV.  **NUMBER OF CAUSES OF ACTION:** (      )
(Specify)

2

V.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Jeffrey Siskind</u>                             FL Bar No.: <u> 138746 </u>
              Attorney or party                                              (Bar number, if attorney)

<u>Jeffrey Siskind</u>                                              <u>11/01/2013</u>
      (Type or print name)                                           Date

\*\*\* FILED: BROWARD COUNTY, FL  HOWARD FORMAN, CLERK 11/1/2013 7:58:10 PM \*\*\*\*

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

GREG GEORGAS,

          Plaintiff,

vs.

BLACKBERRY LIMITED, f/ka Research In
Motion Limited, a Canadian limited
partnership, BLACKBERRY CORPORATION
f/k/a Research in Motion, a Delaware corpora-
tion, THORSTEN HEINS, BRIAN
BIDULKA, BARBARA STYMIEST,
FAIRFAX FINANCIAL HOLDINGS
LIMITED, a Canadian limited partnership,
PREM WATSA, personally and as Chairman
and CEO of Fairfax Financial Holdings,
Limited,

          Defendants.

_____/

CASE NO

CIVIL DIVISION


**COMPLAINT**

**FOR FLORIDA**

**SECURITIES FRAUD**

**(Fla. Statutes §517.301, §517.211)**


**JURY TRIAL DEMANDED**

**COMES NOW** Greg Georgas by and through undersigned counsel and hereby sues

BLACKBERRY LIMITED, f/ka Research In Motion Limited, a Canadian limited partnership,

and BLACKBERRY CORPORATION f/k/a Research in Motion, a Delaware corporation,

(hereinafter, collectively "BLACKBERRY", "RIM" or "the Company"), THORSTEN HEINS

(hereinafter, "HEINS"), BRIAN BIDULKA (hereinafter, "BIDULKA"), BARBARA

STYMIEST (hereinafter, "STYMIEST"), FAIRFAX FINANCIAL HOLDINGS LIMITED, a

Canadian limited partnership (hereinafter "FAIRFAX") and PREM WATSA (hereinafter,

"WATSA"), personally and as Chairman and CEO of Fairfax Financial Holdings, Limited, (all

collectively, "Defendants"), and hereby alleges as follows:

## INTRODUCTION
### (*PUMP, DUMP, POOP AND SCOOP*)

1. This is an action by sole Plaintiff, Greg Georgas to recover damages under Florida Securities

and Investor Protection Act, Florida. Statute. ch. §517.211 (the "Act") which states in material part:

**Any person purchasing or selling a security in violation of §517.301, and every director, officer, partner, or agent of or for the purchaser or seller, if the director, officer, partner, or agent has personally participated or aided in making the sale or purchase, is jointly and severally liable to the person selling the security to or purchasing the security from such person in an action for rescission, if the plaintiff still owns the security, or for damages, if the plaintiff has sold the security**

Defendants' conspiracy and subsequent actions are in violation of common law and Florida

Statute §517.301 to wit:   perpetrating a classic "Pump and Dump" scheme, whereby Defendants

conspired initially to drive up the stock price of Defendant BLACKBERRY during the (PUMP

PERIOD), which allowed certain confederate Defendants to sell their shares [into the market] at a

significant profit during the (DUMP PERIOD), immediately followed up by a reverse pump and

dump scheme, known in the securities industry as "Poop and Scoop" scheme whereby Defendants

purposely drove down the price of the stock during the (POOP PERIOD) to allow confederate

Defendants, FAIRFAX and WATSA to purchase the company and/or its assets at significantly

less than its actual book value and at a small fraction of its true value during the (SCOOP

PERIOD).

### JURISDICTION AND VENUE

2. This action is within the subject matter jurisdiction of this Court pursuant to Fla. Stat §

26.012(2)(a), as the amount in controversy exceeds $15,000.00, exclusive of interest, costs, and

attorneys' fees.

3. This Court has personal jurisdiction over Defendants under Florida Statute § 48.193 because,

as set forth below, Defendants either:

    a.  operate, conduct, engage in, or carry on a business or business venture in this state, or

    b.  have an office or agency in this state, or

    c.  have committed tortious acts within this state, or

    d.  have caused injury to persons or property within this state arising out of an act or omission by defendant outside this state at the time defendants were either;

        i.   engaged in solicitation or service activities within this state, or

        ii.   processing, servicing, or manufacturing products, materials, or other things anywhere which were used or consumed within this state in the ordinary course of commerce, trade, or use, or

    e.  have engaged in substantial and not isolated activity within this state.

4.  Venue is proper in this Court, pursuant to Fla. Stat. § 47.051, as Defendant BLACKBERRY CORPORATION f/k/a Research in Motion Corporation is a foreign state corporation, registered to do business within the state of Florida with its Registered Agent located in Broward County, Florida, having engaged in business in this judicial district, having at least one office in this judicial district, and having committed or caused tortuous injury in the state of Florida. Defendants have also caused injury to persons or property within Florida arising out of acts by Defendants outside this state at about the time Defendants were engaged in solicitation or service activities within Florida and/or products, materials, or things processed, serviced, or manufactured by the Defendants were used or consumed within this state in the ordinary course of commerce, trade, or use. Defendant's activities within this state have been substantial and not isolated.

5.  This Court has personal jurisdiction over all Defendants pursuant to Fla. Stat. §48.193 because, as set forth below, all Defendants either "engage in substantial and not isolated activity within this state" and/or operate, conduct, engage in, or carry on a business or business venture in Florida or have an office or agency in Florida, and/or are residents of the State of Florida.

6.  Upon information and belief, Defendants have conducted business in this judicial circuit.

7.  Upon information and belief, Defendants have distributed and/or sold and continue to distribute and/or sell large volumes of mobile phones and tablets into this judicial circuit.

8.  Upon information and belief, Defendant Blackberry Corporation f/k/a Research In Motion

Corporation has been registered as a foreign corporation in Florida since 2002 and currently has a registered agent in this judicial circuit.

9.  Upon information and belief, Defendant Blackberry Limited f/k/a Research In Motion Limited's website lists two offices in this judicial circuit located at 1200 Sawgrass Corporate Parkway, Suites 100, 200, Sunrise, Florida 33323 and 13800 Northwest 14th St., Sunrise, Florida 33323.

10. Upon information and belief, between 2005 and 2010, Blackberry Limited annually hosted an event titled "Wireless Enterprise Symposium," and in 2011 and 2012, hosted an event titled "Blackberry World" in Florida.

11. Upon information and belief, BLACKBERRY has hosted an event titled "Blackberry Live conference" in May 2013 in Orlando, Florida (information available at http://www.blackberrylive.com, and additionally further has hosted an event titled "Blackberry Jam Americas" at that conference (information at: http://www.blackberryjamconference.com/americas/event-info/why-attend).

## THE PARTIES

12. Plaintiff, Greg Georgas is a resident of Palm Beach County Florida, over the age of 18 and is otherwise sui juris.

13. Defendant, BLACKBERRY LIMITED is incorporated under the laws of Canada, maintaining its principal place of business 295 Phillip Street, Waterloo, Ontario, Canada, N2L 3W8 and directly or indirectly through subsidiaries or affiliated companies markets, distributes, manufactures, imports, sells, and/or offers to sell consumer electronic products, including mobile phones, tablets, accessories, and associated equipment and software, in this judicial district and throughout the United States.   Upon information and belief, Defendant, formerly known as Research In Motion Limited recently changed its corporate name or is now being doing business as "BlackBerry."

14. Defendant, BLACKBERRY LIMITED is a designer, manufacturer and marketer of wireless solutions, through the development of integrated hardware, software, and services and is

a designer, manufacturer and marketer of wireless solutions for the worldwide mobile communications market. The Company provides enterprise platforms and solutions for access to email, voicemail, instant messaging, short message service, Internet and Intranet-based applications, and browsing through the development of integrated hardware, software, and services.

15. Defendant, BLACKBERRY CORPORATION is a corporation organized and existing under the laws of the state of Delaware with a principal place of business at 5000 Riverside Drive, Irving, Texas 75039 and, upon information and belief, a regional place of business in Sunrise, Florida.

16. Defendant BLACKBERRY CORPORATION directly or indirectly through subsidiaries, parents, or affiliated companies markets, distributes, manufactures, imports, sells, and/or offers to sell consumer electronic products, including mobile phones, tablets, accessories, and associated equipment and software, in this judicial district and throughout the United States.

17. Upon information and belief, Defendant BLACKBERRY CORPORATION recently changed its corporate name from Research In Motion Corporation or is now being doing business as "BlackBerry."

18. Upon information and belief, Defendant BLACKBERRY CORPORATION is a wholly owned subsidiary of BLACKBERRY LIMITED and is the managing entity of the United States operations of BLACKBERRY LIMITED. Upon information and belief, Defendant BLACKBERRY CORPORATION and Defendant BLACKBERRY CORPORATION share, at least some, directors and/or officers. Upon information and belief, Defendant BLACKBERRY LIMITED exercises operational control over BLACKBERRY CORPORATION.

19. Upon information and belief, Defendant BLACKBERRY CORPORATION has not yet filed its notification of name change with the Florida Secretary of State, Division of Corporations, but is anticipated to do so, on its next Annual Report.

20. Defendant THORSTEN HEINS is and was, during the Pump, Dump, Poop and Scoop Periods, the Chief Executive Officer ("CEO") and President of BLACKBERRY. HEINS has also served as a member of the Board of Directors since January 2012. HEINS HEINS personally certified all financial reports during the material periods.

21. Defendant BRIAN BIDULKA, is and was, during the Pump, Dump, Poop and Scoop Periods, Chief Financial Officer ("CFO") of BLACKBERRY. BIDULKA personally certified all financial reports during the material periods.

22. Defendant, BARBARA STYMIEST, is and has been during the Pump, Dump, Poop and Scoop Periods, Chairman of the Board for BlackBerry Limited (aka Research In Motion Limited) since January 2012 and has been its Director since March 2007, additionally serving as. Independent Board Chair, Member of Audit & Risk Management Committee, Member of Compensation, Nomination & Governance Committee, Member of Innovation Committee, Member of Strategic Planning Committee and Member of Special Committee

23. FAIRFAX FINANCIAL HOLDINGS LIMITED, a Canadian limited partnership, is a financial holding company based in Toronto, Ontario, which is engaged in property, casualty, and life insurance and reinsurance, investment management, and insurance claims management. The company operates primarily through several subsidiaries, including Odyssey Re, Northbridge Financial, Crum & Forster and Zenith Insurance Company. FAIRFAX is and was, during the Pump, Dump, Poop and Scoop Periods, a major stockholder in BLACKBERRY.

24. PREM WATSA, personally and as Chairman and CEO of Fairfax Financial Holdings, Limited, is the founder, chairman, and chief executive of Fairfax Financial Holdings, based in Toronto, Ontario. On January 22, 2012, it's reported he was to be appointed to Blackberry handset maker, Research in Motion Ltd. (RIM), board of directors in the company's largest ever corporate shakeup. Mr Watsa resigned in August 2013 during the later stages of the PUMP PERIOD, but kept his investment in the company at the time. On September 23 2013, during the DUMP

PERIOD, BLACKBERRY announced that it had signed a letter of intent to be acquired by WATSA-led Fairfax Financial Holdings in a $4.7 Billion deal during the SCOOP PERIOD, on or sometime after November 4, 2013.

25. As alleged herein, Defendants published or conspired to publish a series of materially false and misleading statements during the PUMP PERIOD that Defendants knew and/or recklessly disregarded were materially false and misleading at the time of publication, and that omitted to reveal material information necessary to make Defendants' statements, in light of such omissions, not materially false and misleading. Specifically, the Company failed to inform investors that, contrary to Defendants' statements touting the Company's new BlackBerry 10 line of smart phones and the financial strength of BLACKBERRY, the Company did not intend to be on the road to recovery and re-emerge as a lead player in the wireless communications industry while the company remained public.   In reality, the BlackBerry 10 was not anticipated to be well-received by the market, and the Company anticipated writing down a nearly $1 billion charge related to unsold BlackBerry 10 devices and laying off approximately 4,500 employees, totaling approximately 40% of its total workforce.

### MATERIALLY UNTRUE & MATERIALLY MISLEADING STATEMENTS AND/OR OMISSIONS DURING THE PUMP PERIOD

26. On September 27, 2012, the inception of the PUMP PERIOD, BLACKBERRY issued a press release announcing its second quarter fiscal 2013 results. The report included a quote from Defendant HEINS:

> "Despite the significant changes we are implementing across the organization, **our second quarter results demonstrate that RIM is progressing on its financial and operational commitments during this major transition,**" said Thorsten Heins, President and CEO. "**Subscribers grew to approximately 80 million global users, revenue grew sequentially from the first quarter, cash, cash equivalents, short-term and long-term investments increased by approximately $100 million to $2.3 billion, and carriers and developers are responding well to previews of our upcoming BlackBerry 10 platform. Make no mistake about it, we understand that we have much more work to do, but we are making the organizational changes to drive improvements across the**

company, our employees are committed and motivated, and BlackBerry l0 is on track to launch in the first calendar quarter of 2013."

[Emphasis added.]

27. The statements made by Defendant HEINS contained in the Company's September 27, 2012 press release were materially false and misleading when made because Defendants knowingly and/or recklessly misrepresented that the changes made by BLACKBERRY, particularly with regard to BlackBerry 10, would "drive improvements across the Company."

28. The Company also held a conference call on September 27, 2012, in which Defendant HEINS made the following comments regarding BLACKBERRY:

- "RlM continues to be a financially strong company, and we're executing and delivering on our commitments."

- "At the heart of the BlackBerry user experience is a keyboard our customers can type on. The BlackBerry keyboard has always been the best in the industry. And with BlackBerry 10, it just keeps getting better."

- "We are in the midst of building a leaner and stronger organization."

- "With approximately 80 million subscribers and upcoming launch of the new and unique mobile computing platform and unmatched reputation for security and growing support for BlackBerry 10 from carriers and developers, companies I meet with understand that RIM remains a strong, innovative and relevant player in the mobile computing world."

29. The foregoing statements from Defendant HEINS were materially false and misleading when made because Defendants knowingly and/or recklessly misrepresented that BlackBerry 10 would be a successful device that would revitalize the Company, and that BLACKBERRY was "financially strong."

30. The next day, on September 28, 2012, BLACKBERRY filed a 6-K with its consolidated financial statements, which, among other things, discussed the Company's "Costs Optimization

and Resource Efficiency ("CORE") Program:

> In March 2012, the Company commenced the CORE program with the objective of improving the Company's operations and increasing efficiency. The program includes, among other things, the streamlining of the BlackBerry smartphone product portfolio, the optimization of the Company's global manufacturing footprint, the outsourcing of global repair services, the alignment of the Company's sales and marketing teams and a reduction in the number of layers of management. The Company is currently targeting the CORE program to drive at least $1.0 billion in savings by the end of fiscal 2013 based on RIM's fourth quarter of fiscal 2012 run rate.

[Emphasis added.]

31. The 6-K also included a section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" in which the Company further discussed the CORE program:

> "The Company is currently targeting the CORE program to drive at least $1.0 billion in savings by the end of fiscal 2013 based on RIM's fourth quarter of fiscal 2012 run rate. To date, the Company has launched CORE-related actions that it expects will result in savings of approximately $800 million of this target, of which approximately $350 million has already been realized in the first six months of this fiscal year."

32. The "Management's Discussion and Analysis of Financial Condition and Results of Operations" section also discussed the Company's operations and positioning for the future:

> **The Company is in the ongoing process of completing the largest platform and organizational transition in its history, with a view to better position the Company to achieve growth and to continue to be a leading company in the wireless communications industry.** The Company's second quarter results reflect the product and platform transition underway, ongoing market challenges and the competitive dynamics across many markets."

[Emphasis added.]

33. The Company also stated in the 6-K that: **"RIM expects that the anticipated launch of BlackBerry 10 smartphones in the first quarter of calendar 2013 will strengthen its position in the BYOD** [bring your own device] **enterprise segment and the Company will also continue to seek partnerships that will further enable RIM to have a complete BYOD offering."** [Emphasis added].

34. Defendants' statements in the September 28, 2012 6-K were materially false and

misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented that BlackBerry 10 would "strengthen its position," and that the CORE program delivered meaningful cost savings to the Company.

35. On December 11, 2012, BLACKBERRY issued a press release filed the next day on Form 6-K emphasizing growing interest around BlackBerry 10 and the Company's improved outlook:

**Developer Interest Growing**

**With the BlackBerry 10 launch event less than two months away, developer interest and excitement for the BlackBerry 10 platform continues to grow.** Top application developers have already committed to BlackBerry 10 in key categories including games, multimedia, business and productivity, published media and social networking. For example, at the recent BlackBerry Jam Asia conference in Bangkok, RIM showcased over 70 new top application partners and demoed several on the BlackBerry 10 platform including apps from Fox Sports, MTV India, Picstory, Viki Video, and Hot Remit.

**Over the past few months, developer outlook toward RIM has improved broadly and significantly,** According to a recent Pivot Point Research survey commissioned by RIM*, 58% of developers surveyed would recommend BlackBerry 10 as a development platform, a 123% increase from May to October, 2012. The survey also found a steady increase in satisfaction with the BlackBerry 10 platform among developers, growing by 56% over the same period.

"We have been actively engaged with developers from around the world for many months and as we near the final weeks toward the launch of BlackBerry 10, the growing dedication and commitment we see from our developer community is truly outstanding," said Alec Saunders, Vice President, Developer Relations and Ecosystems at Research In Motion. "The focus we have had on building a true developer ecosystem and community is clearly working."

[Emphasis added.]

36. Defendants' statements in the December 11, 2012 press release were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented the extent of developer interest and outlook towards BLACKBERRY and BlackBerry 10.

37. Then, on December 20, 2012, BLACKBERRY issued a press release also filed on Form 6-K with the SEC the next day announcing that the Company had reported its third quarter fiscal 2013 financial results. The press release quoted CEO HEINS:

**"RIM continued to execute on its product roadmap plans and to deliver on key financial metrics as it gets set for the global launch of BlackBerry 10,"** said Thorsten Heins, President and CEO. **"During the third quarter, we continued to demonstrate our strong financial position,** generating $950 million in cash flow from operations, and increasing our cash position significantly to more than $2.9 billion. More than 150 carriers are currently completing technical acceptance programs for the first BlackBerry 10 products, and beta trials of BlackBerry Enterprise Service 10 are underway at more than 120 enterprises including 64 Fortune 500 companies. This is an exciting time and our carrier partners, application developers and employees are all looking forward to unveiling the innovation and excitement of BlackBerry 10 to our customers on January 30, 2013."

[Emphasis added.]

38. Defendant HEINS' statements in the December 20, 2012 press release were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented the financial strength of BlackBerry and that the Company was on a path to recovery.

39. The Company also held an earnings call on December 20, 2012, on which Defendant HEINS made the following statements regarding BlackBerry:

- "Q3 result continued to reflect the successful transition the company is making as it moves towards the launch event for our BlackBerry 10 mobile computing platform on January 30. We sold just under 7 million smartphones this quarter and generated revenue of $2.7 billion. Gross margin strengthened, cash flow was strong and our cash position increased significantly. We continued to deliver a very strong cash flow from operations and maintained a very strong balance sheet at quarter end. Cash grew by more than $600 million in the quarter to $2.9 billion, even after the funding of all of our restructuring activities."

- "We are now nearing the end of our headcount reduction"

- "While our customers, partners and employees are very excited about our BlackBerry 10 launch, I also want to be clear that the management team remains laser-focused on continuing to make the necessary changes to return the company back to stable profitability. We've made great progress in the past month in demonstrating our financial strength, with cash growing to $2.9 billion, and we will continue to implement plans and make decisions and changes that allow us to demonstrate steady progress as we work back towards profitability. We are committed to an amazing launch for BlackBerry 10 and we,

in conjunction with our carrier partners, will be showcasing the redesigned innovation of reengineered, reinvented BlackBerry to the world. We have demonstrated how efficiently we have been able to convert working capital into cash as we become a leaner organization over the past few months, and we are now in a very strong position to reinvest into our launch and into our new platform, which I know Frank Boulben and his market team will do an amazing job with."

- "[W]e believe the company has stabilized and will turn the corner in the next year."

40. The foregoing statements made by Defendant HEINS, in the December 20, 2012 earnings call were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented that a) the Company was in a "successful transition"; b) that the Company was nearing end of its headcount reduction, as more layoffs were on the horizon; and c) that the Company was stable and on the path to recovery.

41. On December 21, 2012, BlackBerry filed a Form 6-K reporting its third quarter fiscal 2013 financial results. In the section entitled, Management's Discussion and Analysis of Financial Condition and Results of Operations," the Company stated, **"RIM continues to expect that the launch of BlackBerry 10 smartphones, in respect of which the launch event is expected to occur on January 30, 2013, will strengthen its position in the BYOD enterprise market and the Company will also continue to seek partnerships that will further enable RIM to have a complete BYOD offering."** [Emphasis added].

42. Furthermore, the 6-K Reviewed the Company's operations and strategy going forward:

**The Company is in the ongoing process of completing the largest platform and organizational transition in its history, with a view to better position the Company to achieve growth and to continue to be a leading company in the wireless communications industry. The Company's third quarter results reflect the product and platform transition underway, ongoing market challenges and the competitive dynamics across many markets.**

\*   \*   \*

**The Company plans to exit this transition as a leaner and more nimble organization that can act quickly and is aligned with RIM's growth opportunities.**

[Emphasis added.]

43. The December 21, 2012 6-K also stated:

RIM expects that the launch of BlackBerry 10 smartphones, in respect of which the launch event is expected to occur on January 30, 2013, will strengthen its position in the BYOD enterprise segment and the Company will also continue to seek partnerships that will further enable RIM to have a complete BYOD offering.

[Emphasis added.]

44. Defendants also reiterated that "**the Company is in the process of completing the largest platform and organizational transition in its history, with a view to better position the Company to achieve growth and to continue to be a leading company in the wireless communications industry. As part of the ongoing efforts, the Company is also re-evaluating its product portfolio, operations, manufacturing and research and development strategy.**"

[Emphasis added.]

45. Defendants' statements in the December 21, 2012 6-K were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented that BlackBerry 10 would "strengthen its position" and lead to a re-emergence in the wireless communications industry.

46. Shortly after BlackBerry 10's official launch in January 2013, Defendant HEINS offered the following statement on behalf of BlackBerry, which was submitted to the SEC on Form 6-K on February 6, 2013:

"In Canada, yesterday was the best day ever for the first day of a launch of a new BlackBerry smartphone. In fact, it was more than 50% better than any other launch day in our history in Canada," said Thorsten Heins, President & CEO of BlackBerry. "In the UK, we have seen close to three times our best performance ever for the first week of sales for a BlackBerry smartphone."

47. The foregoing statements made by Defendant HEINS' in the February 6, 2013 6-K were materially false and misleading when made because, among other things, Defendants knowingly

and/or recklessly misrepresented the sales success of the BlackBerry 10 and its impact on the growth of the Company.

48. On March 13, 2013, BlackBerry filed another press release on Form 6-K again emphasizing consumer interest in BlackBerry 10 smartphones. The Company stated:

Largest ever single purchase order in Blackberry's history

WATERLOO, ONTARIO - BlackBerry(R) (NASDAQ:BBRY)(TSX:BB) announced today that one of its established partners has placed an order for one million BlackBerry 10 smartphones, with shipments starting immediately. This order marks the largest ever single purchase order in BlackBerry's history.

"An order for one million devices is a tremendous vote of confidence in BlackBerry 10," said Rick Costanzo, EVP Global Sales, BlackBerry. "Consumers are ready for a new user experience, and BlackBerry 10 delivers. With strong partner support, coupled with this truly re-invented new platform, we have a powerful recipe for success."

49. Defendants' statements made in the March 13, 2013 6-K were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented the sales success of the BlackBerry 10 and its impact on the growth of the Company.

50. On March 28, 2013, BlackBerry filed its Annual Information Form with the SEC on Form 40-F. In the Annual Information Form, BlackBerry informed investors of the state of the Company and its direction as follows:

**Successfully transitioning to BlackBerry 10, the Company's next generation BlackBerry platform.**

**The Company is focused on building upon its successful BlackBerry 10 introduction and establishing the BlackBerry 10 platform amongst the top 3 mobile platforms. The launch of BlackBerry 10 in January 2013 marked the beginning of the organization's transition to becoming a leading mobile computing organization.** The Company expects the BlackBerry 10 OS will transition the organization from mobile communications into true mobile computing and will power BlackBerry smartphones, tablets and embedded solutions such as those found in advanced automotive electronics, including entertainment,

communications and navigation applications.

[Emphasis Added].

51. The Form 40-F also included a section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" that included the following statements:

- The Company expects that with the introduction of BlackBerry 10 smartphones, which began in certain markets in the fourth quarter of fiscal 2013 and will continue in the first quarter of fiscal 2014, its position in the BYOD enterprise market will strengthen and the Company will also continue to seek partnerships that will further enable the Company to have a complete BYOD offering.

- The Company is in the ongoing process of completing the largest platform and organizational transition in its history, with a view to better position the Company to achieve growth and to continue to be a leading company in the wireless communications industry. The Company's fiscal 2013 results reflect the product and platform transition underway.

- During fiscal 2013, the Company also implemented major changes throughout the organization, which it believes have made the Company leaner and more nimble and are intended to provide a solid foundation for continued innovation and execution.

52. Defendants' statements made in the March 28, 2013 Form 40-F were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented that a) the BlackBerry 10 would help re-establish the Company as "a leading mobile computing organization"; b) BlackBerry 10 would "strengthen" the Company's position "to achieve growth and be a leading company in the wireless communications industry"; and c) the Company's changes had "provide]d] a solid foundation for continued innovation and execution."

53. The Company also filed a press release on March 28, 2013 announcing that the Company had reported its fourth quarter and year-end results for fiscal 2013. The press release included the following statement from Defendant HEINS:

"We have implemented numerous changes at BlackBerry over the past year and those changes have resulted in the Company returning to profitability in the fourth quarter," said Thorsten Heins, President and CEO. "With the launch of BlackBerry 10, we have

introduced the newest and what we believe to be the most innovative mobile computing platform in the market today. Customers love the device and the user experience, and our teams and partners are now focused on getting those devices into the hands of BlackBerry consumer and enterprise customers."

Heins added, "As we go into our new fiscal year, we are excited with the opportunities for the BlackBerry 10 platform and the commitments we are seeing from our global developers and partners. We are also excited about the new, dynamic culture at BlackBerry, where we are laser-focused on continuing to drive efficiency and improve the Company's profitability while driving innovation. We have built an engine that is able to drive improved financial performance at lower volumes, which should allow us to generate additional benefits from higher volumes in the future."

[Emphasis added].

54. Defendant HEINS' statements made in the March 28, 2013 6-K were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented that the Company was on the road to recovery, and specifically that the BlackBerry 10 platform was received well by the public and driving profitability for BlackBerry.

55. BlackBerry also held an earnings call March 28, 2013 on which Defendant HEINS discussed the state of the Company. Specifically, HEINS stated:

- Blackberry has gone through a major and exciting transformation this year, and it has been exciting. It was a year for change and we delivered significant positive change. So let me recap what we have accomplished in the first days of our transition, which has enabled us to return to an operating profit this quarter and given us great momentum as we go into fiscal '14.

- Over the past year, we have also regained the confidence and excitement of our carrier distribution partners with the introducing of the amazing Blackberry 10 platform for consumers and enterprises. The Blackberry 10 platform has been worth the wait.

- And finally, our financial transformation over the past 12 months has been outstanding. To say it was a very challenging environment to deliver improved financial results could well be the understatement of the year. In the face of numerous challenges this past year, Blackberry has gone from a significant operating loss in the first quarter of the year to an operating profit in the fourth quarter.

- To recap, we started the year with a GAAP loss of $518 million and an adjusted operating loss of $192 million. And here we are, three quarters later, after implementing all these numerous changes and benefitting from a reenergized organization. We returned Blackberry to an operating profit despite a 26% decline in units shipped versus the first quarter. That said, in terms of financial strength, we are very well-positioned.

- We've made great progress, and we're proud of it.

- As mentioned at our launch in January, availability of Q10 will commence in April. The initial early global demand for the 10 has been better than anticipated, and our recent announcement of the largest single purchase order in our history, for 1 million units, is also indicative of a strong initial support and demand.

- We have significantly transformed the company over this period, and today we have an exciting new mobile computing platform. We are profitable, and we have a healthy balance sheet. We are looking to leverage the early success of Blackberry 10 and our strategic review initiatives will be intensifying their focus on opportunities in mobile computing verticals such as automotive, industrial, networking, healthcare, security, and defense, leveraging our secure network infrastructures for uses beyond those currently deployed by Blackberry and potential licensing opportunities.

- This is a very exciting time to be a part of Blackberry, and I want to thank our employees for the amazing job they have done in the transition accomplished to date. And I would also like to thank our loyal customers, partners, and developers for the passionate support of the communities where we operate. You have also been huge contributors to our turnaround.

56. Defendant HEINS' statements made during the March 28, 2013 earnings call were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented that the Company was on the road to recovery, making "great progress," and specifically that the BlackBerry 10 platform was leading the Company towards stronger financial results and profit.

57. On April 12, 2013, BlackBerry filed a press release on Form 6-K addressing claims from the research and investment firm Detwiler Fenton that BlackBerry Z10 phones were being returned in unusually high numbers:

"Sales of the BlackBerry® Z10 are meeting expectations and the data we have collected from

our retail and carrier partners demonstrates that customers are satisfied with their devices," said BlackBerry President and CEO Thorsten Heins. "Return rate statistics show that we are at or below our forecasts and right in line with the industry. To suggest otherwise is either a gross misreading of the data or a willful manipulation. Such a conclusion is absolutely without basis and BlackBerry will not leave it unchallenged."

\*       \*       \*

BlackBerry Chief Legal Officer Steve Zipperstein said: "These materially false and misleading comments about device return rates in the United States harm BlackBerry and our shareholders, and we call upon the appropriate authorities in Canada and the United States to conduct an immediate investigation. Everyone is entitled to their opinion about the merits of the many competing products in the smartphone industry, but when false statements of material fact are deliberately purveyed for the purpose of influencing the markets a red line has been crossed."

58. Defendants' statements made in the April 12, 2013 6-K were materially false and misleading when made because Defendants knowingly and/or recklessly misrepresented that the BlackBerry 10 smartphones were received well by the public.

59. On June 28, 2013, the Company filed its financial results for the quarter ending June 1, 2013 on Form 6-K. The filing included a section entitled Management's Discussion and Analysis of Financial Condition and Results of Operations that included the following statements:

- Throughout the remainder of fiscal 2014, the Company will invest in BlackBerry 10 smartphone launches, and the roll out of BlackBerry Enterprise Service ("BES") 10, to continue to establish the new BlackBerry 10 platform in the marketplace.

- The Company expects that with the introduction of BlackBerry 10 smartphones, which began in certain markets in the fourth quarter of fiscal 2013 and continued in the first quarter of fiscal 2014, its position in the BYOD enterprise market will strengthen and the Company will also continue to seek partnerships that will further enable the Company to have a complete BYOD offering.

60. BlackBerry's statements made in the June 28, 2013 6-K were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented that the BlackBerry 10 would strengthen the Company's position in the wireless

communication marketplace when it had not been received well by the market.

61. The Company also held an earnings call on June 28, 2013 regarding its first quarter fiscal

2014 results. CEO HEINS made the following statements on the call:

- We are five months into our platform transformation that we anticipate will drive future smartphone devices, greater enterprise efficiencies, and new mobile computing opportunities for many years to come.

- The BlackBerry 10 smartphone portfolio is just starting to fill out. We're only five months in, and have since achieved significant numbers of technical acceptances globally.

- The BlackBerry Z10 has been an effective launch product to showcase the renewed and reengineered BlackBerry 10 experience to both consumers and enterprises.

- And another way we look at the strong interest in BES 10 is by vertical markets, which demonstrates the broad enterprise appeal of our platform.

- The fourth piece I want to discuss is financial strength, which remains a key asset during our transition year. Strong products alone are not good enough to ensure solid long term turnaround, so we have been intensely focused on maintaining a strong balance sheet and delivering efficiency.

- We will continue to focus on our financial strength and believe we are well-positioned to continue to invest in our platform and compete in a highly competitive market.

- In terms of our outlook, this is an exciting and important transition year for the company. We are still early in our launch cycle, and have yet to see all BlackBerry 10 products and full deployment of BES 10 contribute to revenue.

- As we work towards our products and service launches throughout this year, I view fiscal 14 as our year of investment, where we will look to position ourselves appropriately for sustained growth in fiscal year 15.

- The decisions we make are particularly important to us this year, given that the changes in investment we implement will be the foundation for innovation, quality, cost base, and growth of BlackBerry 10 in the coming years.

- BlackBerry has made a lot of steady progress in the past year. Just one year ago, the world was totally different, not only for BlackBerry, but for the whole smartphone industry.

Things change quickly in our industry, and we have embraced the concept of change and agility, and this has allowed us to move forward quite dramatically.

- Let's remember, one year ago none of these products existed, and today they are just launching, and have been well-received, because of the performance and quality of BlackBerry 10. It has been very exciting and challenging for our teams, and we are looking forward to the next stage of our transition this year.

- With strong and steady execution, we will be able to capitalize on what we have created over the past year. We are one year smarter, one year tougher, and one year more successful than we were at this call last year.  And we are confident in the ongoing success of our transformation in the coming year.

62. Defendant HEINS' statements made during the June 28, 2013 earnings call were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly misrepresented that a) the BlackBerry 10 launch was "effective" given that it was not well received by the market; b) that the Company had made "steady progress in the past year;" and c) that the Company was on the road to recovery, when in fact, the Company was in worse shape than the previous year.

63. On August 12, 2013 the Company issued a press release filed on Form 6-K with the SEC announcing that BlackBerry's Board of Directors was exploring strategic alternatives.   The press release included the following statement from Defendant HEINS:

"**We continue to see compelling long-term opportunities for Blackberry 10**, we have exceptional technology that customers are embracing, we have a strong balance sheet and we **are pleased with the progress that has been made in our transition**. As the Special Committee focuses on exploring alternatives, we will be continuing with our strategy of reducing cost, driving efficiency and accelerating the deployment of BES 10, as well as driving adoption of BlackBerry 10 smartphones, launching the multi-platform BBM social messaging service, and pursuing mobile computing opportunities by leveraging the secure and reliable BlackBerry Global Data Network."

[Emphasis Added]

64. Defendant HEINS' statements included in the August 12, 2013 6-K were materially false and misleading when made because, among other things, Defendants knowingly and/or recklessly

misrepresented that the BlackBerry 10 smartphone launch was successful and had "compelling long-term opportunities," and that the Company had made progress as a result of the BlackBerry 10.

65. As a result of the hyperbole described during the PUMP PERIOD, Plaintiff acquired Two Hundred Eighty Thousand (280,000) shares at the average price of $11.2440 per share for a total investment of Three Million One Hundred Forty Eight Thousand Three Hundred Seventeen and 36/100 dollars ($3,148,317.36).

## DUMP PERIOD
### September 20, 2013 A.M.

66. Significant shareholder equities in the form of options and otherwise vests, for certain officers and directors on Friday morning, September 20, 2013.

67. Virtually all shares of officers and directors' stock vesting on this date were sold into the market, providing immediate gains with financial insulation to said officers and directors from any subsequent stock price decline .

## POOP PERIOD
### Beginning Friday Afternoon
### September 20, 2013 P.M.

68. On Friday afternoon, September 20, 2013 BlackBerry issued a press release in which the Company announced its preliminary second quarter fiscal 2014 results.

69. Specifically, BlackBerry disclosed that:

[The Company] **expects to report a primarily non-cash, pre-tax charge against inventory and supply commitments in the second quarter of approximately $930 million to $960 million, which is primarily attributable to BlackBerry Z10 devices.**

**The current quarter will also include a pre-tax restructuring charge in the approximate amount of $72 million reflecting ongoing cost efficiency initiatives.**

\* \* \*

As part of the Company's focus on enhancing its financial results, and in response to the increasing competition in the smartphone market, BlackBerry also announced plans to transition its future smartphone portfolio from six devices to four. The portfolio will focus on enterprise and prosumer-centric targeted devices, including 2 high-end devices and 2 entry-level devices in all-touch and QWERTY models. With the launch of the BlackBerry Z30 - the next generation high-tier smartphone built on the BlackBerry 10 platform -- this week, the Company will re-tier the BlackBerry ZIO smartphone to make it available to a broader, entry-level audience. At the same time, the Special Committee of the Company's Board of Directors continues to evaluate all strategic alternatives for the Company.

Furthermore, the Company also announced that it is targeting an approximate 50% reduction in operating expenditures by the end of the first quarter of Fiscal 2015. **As part of this, BlackBerry will implement a workforce reduction of approximately 4,500 positions or approximately 40% of the Company's global workforce resulting in a total workforce of approximately 7,000 full-time global employees.**

Thorsten Heins, President and Chief Executive Officer of BlackBerry said, "We are implementing the difficult, but necessary operational changes announced today to address our position in a maturing and more competitive industry, and to drive the company toward profitability. Going forward, we plan to refocus our offering on our end-to-end solution of hardware, software and services for enterprises and the productive, professional end user. This puts us squarely on target with the customers that helped build BlackBerry into the leading brand today for enterprise security, manageability and reliability."

[Emphasis added.]

70. As a result of the foregoing disclosure, Plaintiff immediately sold his entire holdings at loss of Eight Hundred Sixty Three Thousand Three Hundred Ninety Six and 01/100 dollars ($863,396.01) as BlackBerry's stock plummeted from a closing price of $10.52 per share on September 19, 2013 to a close of $8.73 per share on Friday, September 20, 2013, after experiencing an intra-day low of $8.19 on heavy trading volume. The value of BlackBerry stock continued to slide on heavy trading volume over the next few days as investors digested the bad news and closed at $8.01 on September 25, 2013.

71. On Monday, September 23, 2013, the next trading day following BLACKBERRY's announcement of its $1 billion BlackBerry 10 charge and the layoffs of 4,500 employees,

BLACKBERRY announced that it entered into a letter of intent agreement under which a consortium led by Fairfax Financial Holdings Limited would acquire BLACKBERRY. Pursuant to the proposed transaction, BLACKBERRY shareholders would receive $9.00 in cash for each share of BLACKBERRY held.

72. Then, on October I, 2013, BLACKBERRY filed its financial information for the six months ended August 31, 2013 on Form 6-K with the SEC, which noted that the Company was in even worse financial shape than previously reported. In light of the 4,500 employee reduction, the October 1,2013 Form 6-K indicated that the Company's cost optimization program would incur $400 million in charges, which is four times the $100 million in charges BLACKBERRY had projected in the first quarter of fiscal 2014.

## SCIENTER ALLEGATIONS

73. The elements of a cause of action under § 517.301 are identical to those under the Federal Rule 10b-5, except that the scienter requirement under Florida law is satisfied by showing of mere negligence. *Gochnauer v. A.G. Edwards & Sons, Inc.*, 810 F.2d 1042, 1046 (11th Cir. 1987)

74. As alleged herein, Defendants acted with scienter in that each Defendant knew or recklessly disregarded that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew or recklessly disregarded that such statements or documents would be issued or disseminated to the investing public; and, knowingly or recklessly disregarded, and/or substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal . securities laws. As set forth elsewhere herein in detail, Defendants participated in the fraudulent scheme alleged by virtue of their receipt of information reflecting the true facts regarding BLACKBERRY, their control over the Company's alleged materially misleading misstatements, and/or their associations with the Company, which made them privy to confidential proprietary

information concerning BLACKBERRY and the Company's recovery efforts.

75. Defendants were motivated to materially misrepresent to the SEC and investors the true condition of BLACKBERRY and the true facts about the Company's recovery because, in touting positive aspects of BLACKBERRY, Defendants were able to, and did: (a) deceive the investing public regarding the Company's new BlackBerry 10 product line and re-emergence in the wireless communications industry; (b) deceive the investing public regarding BLACKBERRY's business, operations, management, future business prospects, and the intrinsic value of BLACKBERRY's common stock; and (c) cause Plaintiff to purchase BLACKBERRY common stock at artificially inflated prices.

## LOSS CAUSATION and ECONOMIC LOSS

76. During the PUMP PERIOD, as detailed herein, Defendants engaged in a scheme to deceive the market, and a course of conduct that artificially inflated BLACKBERRY's stock price and operated as a fraud or deceit on PUMP PERIOD purchasers of BLACKBERRY's stock by misrepresenting the success of the Company's BlackBerry 10 smartphone and BLACKBERRY's reemergence in the wireless communication industry. Ultimately, however, when Defendants' prior misrepresentations and fraudulent conduct came to be revealed to investors, shares of BLACKBERRY declined precipitously, evidence that the prior artificial inflation in the price of BLACKBERRY's shares was eradicated-and, as a result of their purchases of BLACKBERRY stock during the PUMP PERIOD at artificially inflated prices, Plaintiff suffered economic losses when the Company's true condition and the truth about the Company's failed recovery was finally and fully revealed and the artificial inflation was removed from price of the Company's stock, i.e., damages under the Florida securities laws.

77. The declines in the price of BLACKBERRY securities after the truth came to light were a direct result of the nature and extent of Defendants' fraud finally being revealed to investors and the market. The timing and magnitude of BLACKBERRY's stock price decline negates any

inference that the loss suffered by Plaintiff was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to Defendants' fraudulent conduct. The economic loss suffered by Plaintiff was a direct result of Defendants' fraudulent scheme to artificially inflate the prices of BLACKBERRY's securities and the subsequent decline in the value of BLACKBERRY's securities when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

78. The economic loss, i.e., damages suffered by Plaintiff, was a direct and proximate result of Defendants' misrepresentations and omissions being revealed to investors, and the subsequent significant decline in the value of the Company's shares was also the direct and proximate result of Defendants' prior misstatements and omissions being revealed.

## APPLICABILITY OF PRESUMPTION OF RELIANCE:
## FRAUD-ON-THE-MARKET DOCTRINE

79. Throughout the PUMP PERIOD, the market for BLACKBERRY stock was an efficient market for the following reasons, among others:

a. BLACKBERRY securities met the requirements for listing, and were listed and actively traded on the NASDAQ, a highly efficient market, throughout the PUMP PERIOD;

b. As a regulated issuer, BLACKBERRY filed periodic public reports with the SEC and the NASDAQ;

c. BLACKBERRY securities were followed by securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace;

d. BLACKBERRY regularly issued press releases, which were carried by national newswires. Each of these releases was publicly available and entered the public marketplace.

## STATUTORY SAFE HARBOR DOES NOT APPLY

80. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this complaint. Many of the specific statements pleaded herein were not identified as "forward-looking statements" when made. To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of BLACKBERRY who knew that those statements were false when made.

## ANTICIPATED SCOOP PERIOD
### Beginning November 4, 2013

81. Due to significant market downward inertia upon discovery by the public of Defendant's deception during the PUMP PERIOD, further exacerbated by 1) Defendant's suspiciously timed earnings warning and 2) announcement of Fairfax's conditional tender offer to purchase all of the Company's outstanding stock at $9.00 per share, Defendant WATSU through Defendant FAIRFAX either completes the purchase transaction subsequent to the tender offer, or, receives a One Hundred Fifty Million Dollar ($150,000.00) for stepping aside to allow other offers at the fire sale priced assets of the Company including but not limited to:

      a.  $2.5 Billion in cash or equivalents.

      b.  $4 Billion – Blackberry Messenger.

      c.  $3 Billion in patents

    d.  $1 – 2 Billion in real estate

    e.  Service business run out

    f.  Enterprise business

    g.  Software business

    h.  Network assets

## CLAIMS FOR RELIEF
## COUNT I
### (For Violations of Florida Securities and Investor Protection Act,
### Florida. Statute. ch. §517.211 Against Defendants
### BLACKBERRY, HEINS, BIDULKA STYMIEST and WATSA)

82. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

83. During the PUMP PERIOD, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the PUMP PERIOD, did: (a) deceive the investing public regarding BLACKBERRY's business, operations, management and the intrinsic value of BLACKBERRY securities; (b) enable Defendants to inflate and maintain the artificial inflation in the price of Company stock throughout the PUMP PERIOD; and (c) cause Plaintiff to purchase BLACKBERRY securities at artificially inflated prices, resulting in damages after the truth was revealed and the artificial inflation was removed from the price of the stock. In furtherance of this unlawful scheme, plan, and course of conduct, Defendants, jointly and individually (and each of them) took the actions set forth herein.

84. Defendants (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements uot misleading; and (c) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for BLACKBERRY's securities in violation of the Act.

Defendants are sued as primary participants in the wrongful and illegal conduct charged herein and as controlling persons as alleged below.

85. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about the business, operations and future prospects of BLACKBERRY as specified herein.

86. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of BLACKBERRY's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and omitting to state material facts necessary in order to make the statements made about BLACKBERRY and its business operations and future prospects in the light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of BLACKBERRY securities during the PUMP PERIOD.

87. Defendants had actual knowledge of the misrepresentations and omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts. Such Defendants' material misrepresentations and/or omissions were done knowingly or with reckless disregard for the purpose and effect of concealing BLACKBERRY's operating condition and future business prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' material misstatements and omissions of the Company's business and operations throughout the PUMP PERIOD, Defendants, if they did not have actual knowledge of the misrepresentations and omissions alleged, were reckless in failing to obtain such knowledge by recklessly refraining from

taking those steps necessary to discover whether those statements were false or misleading.

88. As a result of the dissemination of the materially false and misleading information and failure to disclose material facts, as set forth above, the market price of BLACKBERRY's securities was artificially inflated during the PUMP PERIOD. In ignorance of the fact that market prices of BLACKBERRY's publicly-traded securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trade, and/or on the absence of material adverse information that was known to or recklessly disregarded by Defendants but not disclosed in public statements by Defendants during the PUMP PERIOD, Plaintiff acquired BLACKBERRY securities during the PUMP PERIOD at artificially high prices and were damaged after the truth regarding the Company was revealed, which removed the artificial inflation from BLACKBERRY's stock.

89. Defendants HEINS and BIDULKA's primary liability arises from the following facts:

a.   Defendants HEINS and BIDULKA were high-level executives and/or directors at the Company during the PUMP PERIOD and members of the Company's management team or had control thereof;

b.   both of these Defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company were privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports;

c.   both of these Defendants enjoyed significant personal contact and familiarity with each other and were advised of and had access to other members of the Company's management team, internal reports and other data and information about the Company's finances and operations at all relevant times; and

d.   both of these Defendants were aware of the Company's dissemination of information to

the investing public which they knew or recklessly disregarded was materially false and misleading

90. Plaintiff has suffered damages in that, in reliance on the integrity of the market, he paid artificially inflated prices for BLACKBERRY publicly traded securities. At the time of said misrepresentations and omissions, Plaintiff was ignorant of their falsity, and believed them to be true. Had Plaintiff and the marketplace known the truth regarding the problems that BLACKBERRY was experiencing, which were not disclosed by Defendants, Plaintiff would not have purchased or otherwise acquired his BLACKBERRY securities, or, if he had acquired such securities during the PUMP PERIOD, he would not have done so at the artificially inflated prices which he paid.

91. By virtue of the foregoing, Defendants have violated chapter. §517.211 of the Investor Protection Act, Florida. Statute. and chapter. §517.301 promulgated  thereunder.

92. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff suffered cognizable damages in connection with their respective purchases of the Company's securities during the PUMP PERIOD.

### COUNT II
### (For Violations of Florida Securities and Investor Protection Act, Florida. Statute. ch. §517.211§ against Individual Defendants HEINS, BIDULKA STYMIEST and WATSA)

93. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

94. Defendants HEINS and BIDULKA acted as controlling persons of BLACKBERRY within the meaning of the Florida Securities and Investor Protection Act, as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public,

Defendants HEINS and BIDULKA had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contend are false and misleading. Defendants HEINS and BIDULKA were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

95. In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

96. As set forth above, BLACKBERRY and Defendants HEINS and BIDULKA each violated Florida Securities and Investor Protection Act by their acts and omissions as alleged in this Complaint. By virtue of their positions as controlling persons, Defendants HEINS and BIDULKA are liable pursuant to Florida Statute. ch. §517.211. As a direct and proximate result of Defendants HEINS and BIDULKA's wrongful conduct, Plaintiff suffered damages in connection with his purchases of the Company's securities during the PUMP PERIOD and the related damages resulting after the true facts were revealed and the artificial inflation was removed from the price of the stock.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

1. Awarding compensatory damages in favor of Plaintiff and against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

2. Awarding Plaintiff reasonable costs and expenses incurred in this action, including

counsel fees and expert fees;

    3.  Awarding extraordinary, equitable and/or injunctive relief as permitted by law, equity and the Florida statutory provisions sued hereunder; and

    4.  Such other and further relief as the Court may deem just and proper

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Dated: November 1, 2013

              Jeffrey M. Siskind, Esquire
              FBN 138746
              Trump Plaza Office Center
              525 South Flagler Drive, Ste 500
              West Palm Beach, FL 33401
              Tel:  (561) 832-7720
              Fax: (561) 832-7668
              Primary  jeffsiskind@msn.com
              Secondary siskindlegal@gmail.com
              *Attorney for Plaintiff*