# EXHIBIT B

# NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

*Greg Georgas v. Blackberry Limited, et al.*
**United States District Court, Southern District of Florida, Ft. Lauderdale Division**

IN THE CIRCUIT COURT, SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE13-024373

GREG GEORGAS,

   Plaintiff,

vs.

BLACKBERRY LIMITED, f/k/a
Research In Motion Limited, a Canadian
limited partnership, et al.,

   Defendants.

---

## NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

TO THE CLERK OF COURT:

  NOTICE IS HEREBY GIVEN that Defendants Blackberry Limited and Blackberry Corporation have removed the above-captioned case to the United States Court for the Southern District of Florida, pursuant to the Notice of Removal, filed on November 20, 2013, a copy of which is attached hereto as Exhibit A.

    *s/ R. Eric Bilik*
R. Eric Bilik (FL Bar No. 0987840)
ebilik@mcguirewoods.com
Pryanka Ghosh-Murthy (FL Bar No. 0085913)
pghosh-murthy@mcguirewoods.com
Emily Y. Rottmann (FL Bar No. 93154)
erottmann@mcguirewoods.com
MCGUIREWOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, FL  32202
Telephone:  (904) 798-3200
Facsimile:  (904) 798-3207

*Attorneys for Defendants Blackberry Limited and Blackberry Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2013, I served a copy of the foregoing by Electronic Mail and by Federal Express to the following:

Jeffrey M. Siskind, Esq.
Trump Plaza Office Center
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401
(561) 832-7720
(561) 832-7668 (fax)
jeffsiskind@msn.com
siskindlegal@gmail.com

*Attorneys for Plaintiff
Greg Georgas*

    *s/ R. Eric Bilik*
    R. Eric Bilik

52468270_2