UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

GREG GEORGAS,

    Plaintiff,

VS.

BLACKBERTY LIMITED, ET AL.,

    Defendants.
_____/

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Case No. 13-cv-62541-COHN/SELTZER

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff, Greg Georgas, by and through undersigned counsel, herby gives notice that the above captioned action is voluntarily dismissed without prejudice against all defendants.

Date: December 18, 2013

                                                  /s/ Jeffrey M. Siskind
                                                Jeffrey M. Siskind, Esq.
                                                FL Bar No. 138746
                                                Trump Plaza Office Center
                                                525 South Flagler Drive ,Suite 500
                                                West Palm Beach, FL  33401
                                                jeffsiskind@msn.com
                                                siskindlegal@gmail..com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2013, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| R. Eric Bilik | Partner | Priyanka Ghosh-Murthy | Emily Yandle Rottmann |
|---|---|---|
| McGuireWoods LLP | McGuireWoods LLP | McGuireWoods LLP |
| Telephone: (904) 798-2685 | Telephone: (904) 798-2685 | Telephone: (904) 798-2685 |
| 50 N. Laura St., Ste. 3300 | 50 N. Laura St., Ste. 3300 | 50 N. Laura St., Ste. 3300 |
| Jacksonville, FL 32202 | Jacksonville, FL 32202 | Jacksonville, FL 32202 |
| ebilik@mcguirewoods.com | pghoshmurthy@mcguirewoods.com | erottmann@mcguirewoods.com |

additionally to the following *pro hac vice* applicant by direct e-mail:

Dan Marmalefsky
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
Telephone: (213) 892-5200
dmarmalefsky@mofo.com

/s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esq.
FL Bar No. 138746