UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62541-CIV-COHN/SELTZER

GREG GEORGAS,

     Plaintiff,

v.

BLACKBERRY LIMITED, et al.,

     Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal

[DE 12].  Because Plaintiff has dismissed this action without prejudice, the Clerk of

Court is directed to **CLOSE** the case and **DENY AS MOOT** all pending motions.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 19th day of December, 2013.

JAMES I. COHN
United States District Judge

Copies provided to:

Chief Magistrate Judge Barry S. Seltzer

Counsel of record